# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2017

155089

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

WELLS FARGO BANK, NA, Trustee for
OPTION ONE MORTGAGE LOAN TRUST
2005-2 ASSET BACKED CERTIFICATES,
SERIES 2005-2,
              Plaintiff-Appellee,

v

SBC IV REO, LLC,
              Defendant-Appellant,
and

CAPITOL NATIONAL BANK,
              Defendant-Appellee.

SC: 155089
COA: 328186
Mackinac CC: 2014-007577-CH

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2017



Clerk

t0905